5-638565

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAERSK LINE,

                    Plaintiff,

    - against -

TOBER GROUP, INC.,

                    Defendant.
----------------------------------------X

07 CIV 8754

CIVIL COMPLAINT
IN ADMIRALTY

       Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant TOBER GROUP, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

       2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

       3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

       4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

       5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $41,573.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $41,573.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
October 10, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant TOBER GROUP, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 38 Pulaski St., Bayonne, NJ 07002, with an agent for service of process, Stuart J. Stein, at 400 Garden City Plaza, Garden City, NY 11530.

II. Details of shipment(s):

1. Bill of Lading No. MAEU512193646, dated March 5, 2007, from Tacoma to Abu Dhabi on the Vessel MAERSK KARACHI, eight containers SAID TO CONTAIN: EARTH MOVING EQUIPMENT, at the applicable tariff and/or Service Contract rate of $40,788.00 (Exhibit A).

Amount Paid: $0                    Amount Due: $40,788.00

2. Bill of Lading No. MAEU523809363, dated September 2, 2007, from Newark to Haifa on the Vessel MAERSK MAINE, one container SAID TO CONTAIN: AUTO PARTS, at the applicable tariff and/or Service Contract rate of $785.00 (Exhibit B).

Amount Paid: $0                    Amount Due: $785.00

III. Total Amount Due: $41,573.00

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU
B/L No. 512193646

**Shipper**
TOBER GROUP, INC.
38 PULASKI STREET
BAYONNE, NJ 07002

**Booking No.** 512193646

**Export references** 61070307

**Svc Contract** 175471

**Consignee**
BOSKALIS WESTMINSTER MIDDLE EAST
FLAT 1103, SAIF BIN GHOLBASH BLDG
ZAYET 2ND STREET
ABU DHABI UNITED ARAB EMIRATES

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be and remain entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the...

**Notify Party**
SAME AS CONSIGNEE

(Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Vessel** MAERSK KARACHI
**Voyage** 0703

**Place of Receipt.** Applicable only when document used as Multimodal Waybill.

**Port of Loading** TACOMA
**Port of Discharge** ABU DHABI

**Place of Delivery.** Applicable only when document used as Multimodal Waybill.

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 8 containers said to contain 13841 PCS<br><br>EARTH MOVING EQUIPMENT<br>H.S.8429,<br><br>260000.00L<br>10000.000F<br><br>AES ITN #X20070228019814<br><br>POINT AND COUNTRY OF ORIGIN:<br>NJ, US<br><br>S/C NO.: 175471<br><br>AS ADDRESSED: | 122472.00 KGS | 283.200 CBM |

COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 12000.00 | Per Container | USD | 12000.00 | |
| Basic Ocean Freight | 1165.00 | Per Container | USD | 4660.00 | |
| Basic Ocean Freight | 9000.00 | Per Container | USD | 9000.00 | |
| Basic Ocean Freight | 6000.00 | Per Container | USD | 6000.00 | |
| Basic Ocean Freight | 7500.00 | Per Container | USD | 7500.00 | |
| Documentation Fee - Destina | 200.00 | Per Bill of Lading | AED | | 200.00 |
| Handling Charge - Destinatio | 450.00 | Per Container | AED | | 1800.00 |
| Transport Arbitrary - Destina | 550.00 | Per Container | AED | | 2200.00 |

**Carrier's Receipt.** Total number of containers or packages received by Carrier:

**Place of Issue of Waybill:** Mount Pleasant

**Received for Shipment Date:** 2007-03-05

**Date Issue of Waybill:**

Received by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt".

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
TOBER GROUP INC
RANDOLPH STREET
Brooklyn NY
11237

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

As Agent(s) for the Carrier
Maersk Inc - Charleston CRC

This transport document has one or more numbered attachments

# EXHIBIT "A"

```
AMFJ4220584  ML-NONE  40 FLAT 8'6  1 PCS  20412.00 KGS  35.400 CBM
C1972  ML-NONE  20 DRY 8'6  180 PCS  4536.00 KGS  35.400 CBM
Shipper Seal : 203065
TRLU9203599  ML-NONE  40 OPEN 8'6  10 PCS  15876.00 KGS  35.400 CBM
Shipper Seal : C1065
C1966  ML-NONE  20 DRY 8'6  3954 PCS  4536.00 KGS  35.400 CBM
Shipper Seal : 01002
MAEU3313710  ML-NONE  40 FLAT 8'6  1 PCS  22680.00 KGS  35.400 CBM
C925  ML-NONE  20 DRY 8'6  2544 PCS  38556.00 KGS  35.400 CBM
Shipper Seal : 218204
CAXU3506868  ML-NONE  20 OPEN 8'6  3 PCS  11340.00 KGS  35.400 CBM
Shipper Seal : 01235
C1967  ML-NONE  20 DRY 8'6  7348 PCS  4536.00 KGS  35.400 CBM
Shipper Seal : 01340
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

FREIGHT PREPAID

CY / CY
```

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Emergency Bunker Surcharge | 366.00 | Per Container | USD | 1464.00 | |
| Emergency Risk Surcharge | 35.00 | Per Container | USD | 140.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 24.00 | |
| Total AED | | | AED | | 4200.00 |
| Total USD | | | USD | 40788.00 | |

| | | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU B/L No. 523809363 |
|---|---|---|---|

**Shipper:**
TOBER GROUP, INC.
38 PULASKI STREET
BAYONNE, NJ 07002-0000
EIN# 113306317

**Booking No.** 523809363
**Export references:** 61071948
**Svc Contract:** 175471

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of Bearer"):
MOVERSAL UNIVERSAL
5 TEL GIBORIM STREET
TEL AVIV ISRAEL
VAT# 51-0770985

**Notify Party (see clause 22):**
SAME AS CONSIGNEE

Onward Inland routing (Not part of Carriage as defined in Clause 1. For account and risk of Merchant)

**Vessel:** MAERSK MAINE
**Voyage No.** 0713
**Place of Receipt.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)

**Port of Loading:** Newark
**Port of Discharge:** Haifa
**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 16 PIECES | 7142.340 KGS | 20.0020 CBM |

AUTO PARTS
H.S. #8479

15746.00L
706.290F

AES #
X20070823032473

POINT AND COUNTRY OF ORIGIN:
NJ, US

S/C NO: 175471

MSKU2958776  ML-NONE  20 DRY 8'6  16 PIECES  7142.340 KGS  20.0020 CBM
Shipper Seal: 5616485
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

COPY

(the particulars as declared by Shipper, but without responsibility of or representation to Carrier (see clause 14))

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 685.00 | Per Container | USD | 685.00 | |
| Bunker Adjustment Factor | 0.00 | Per Container | USD | 0.00 | |
| Chassis Usage | 0.00 | Per Container | USD | 0.00 | |
| Congestion Surcharge | 55.00 | Per Container | USD | 55.00 | |
| Documentation Fee - Destination | 100.00 | Per Bill of Lading | ILS | | 100.00 |
| Handling Charge - Destination | 29.00 | Per Container | USD | | 29.00 |
| Electronic Data Interchange Fee | 16.00 | Per Bill of Lading | USD | | 16.00 |

Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.
container(s)

**Place of Issue of B/L:** Charlotte

**Number & Sequence of Original B(s)/L:** THREE/3

**Date of Issue of B/L:**

**Declared Value (see clause 7.3):**

**Shipped on Board Date:** 2007-09-02

SIGNED, as far as ascertained by means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for Carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being subject to the terms, rights, defenses, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 19) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if all were signed by the Merchant.
IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and whenever one original Bill of Lading has been surrendered any others shall be void. Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line

**Forwarder:**
TOBER LOGISTICS INC
PULASKI ST
Bayonne NJ
07002

As Agent(s) for the Carrier

This transport document has one or more numbered attachments.

# EXHIBIT "B"

DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

FREIGHT PREPAID

CY/CY

| Freight & Charges | Rate | Per | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Emergency Risk Surcharge | 9.00 | Per Container | USD | | 9.00 |
| Manual Documentation Process | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Port Security Charge - Export | 5.00 | Per Container | USD | | 5.00 |
| Carrier Security Charge | 6.00 | Per Container | USD | | 6.00 |
| Total ILS | | | ILS | | 100.00 |
| Total USD | | | USD | 785.00 | 45.00 |