# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 07 CIV 8754

**MAERSK LINE,**

        Plaintiff,

  -against-

**TOBER GROUP, INC.,**

        Defendant.

State Of New York, County of New York SS:
**JAMES CAGNEY**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the **19TH** day of **OCTOBER 2007**, At: **9:45 AM**

At: **38 PULASKI STREET, BAYONNE, NEW JERSEY 07002**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **TOBER GROUP, INC.**

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **DANISE MORRISSEY (OFFICE MANAGER)** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BROWN** App. Age: **36** App. Ht: **5'7"** App. Wt. **210**
Other identifying features.

Sworn to before me this **23RD**
day of **OCTOBER 2007**

JAMES CAGNEY 124-0081

JOLANTYNA CAGNEY
NOTARY PUBLIC State of New York
No. 01CA5111489
Qualified in New York County
Commission Expires June 14, 2008