```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

5-638565
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

MAERSK LINE,

                    Plaintiff,

    - against --

TOBER GROUP, INC.,

                    Defendant.
-------------------------------------------------X

07 CIV. 8754 (PAC)

**DEFAULT JUDGMENT**

\# 07,2316

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant TOBER GROUP, INC. on October 19, 2007 by personal service on Danice Morrissey, person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

    ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant TOBER GROUP, INC. in the liquidated amount of $41,573.00, with interest at 6% from the respective dates due amounting to $1,746.63, plus the costs and disbursements of this action in the amount of $640.00, amounting in all to $43,959.63.

Dated: New York, New York
      ~~November~~ December 3, 2007

                              _____
                              U.S.D.J.

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____